

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00397-CV

| | | |
|---|---|---|
| Fabian Thomas | § | From the 431st District Court |
| | § | of Denton County (2010-61789-393) |
| v. | | |
| | § | July 18, 2013 |
| Denise Daniel | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Fabian Thomas shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel